UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK               x
-----------------------------------------------------------
                                                            :
Renif                                                       :
                                                            :            10/24/07
                                                            :
    v                                                       :      ORDER OF REFERENCE
                                                            :      TO A MAGISTRATE JUDGE
Herrord Mauflenor                                           :
                                                            :      07 Civ. 7138 (SAS  )
                                                            x
-----------------------------------------------------------

    The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___  General Pretrial (includes scheduling,           ___  Consent under 28 U.S.C. §636(c) for all
     discovery, non-dispositive pretrial motions,          purposes (including trial)
     and settlement)

                                                      ___  Consent under 28 U.S.C. §636(c) for
___  Specific Non-Dispositive Motion/Dispute:*             limited purpose (e.g., dispositive motion,
                                                           preliminary injunction)

     _____                        Purpose:_____

     _____

___  If referral is for discovery disputes when       ___  Habeas Corpus
     the District Judge is unavailable, the time
     period of the referral:_____
                                                      ___  Social Security

✓   Settlement*
                                                      ___  Dispositive Motion (i.e., motion requiring
                                                           a Report and Recommendation)
___  Inquest After Default/Damages Hearing
                                                           Particular Motion:_____

                                                           All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          10/24/07

                                                      _____
                                                           United States District Judge

January would be best.

Thanks