UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| ANTONIO PENEL, | SCHEDULING ORDER |
| Plaintiff, | 07 Civ. 7138 (SAS) |
| -against- | Conference Date: 10/24/07 |
| HARVARD MAINTENANCE, INC., | |
| Defendant(s). | |

------------------------------------------------------x

SHIRA A. SCHEINDLIN, U.S.D.J.

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on August 22, 2007 (the "Order"); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;
October 24, 2007
Plaintiff-Kenneth W. Richardson
Defendant-Perry S. Heidecker, Milman Labuda Law Group PLLC

(2) a concise statement of the issues as they appear;
Discrimination based on race.

(3) a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions;

Murat Mela, Assistant Vice President by March 31, 2008
Plaintiff by March 1, 2008

(b) a schedule for the production of documents;
Completed by January 31, 2008

(c)     dates by which (i) each expert's reports will be supplied to the adverse side and (iii) each expert's deposition will be completed;
N/A

(d)     time when discovery is to be completed;

April 15, 2008

(d)     the dates by which plaintiff will supply its pre-trial order matters to defendant;

April 22, 2008

(f)     the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trail briefs and either r(1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

April 30, 2008

(g)     a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) to be filled in by the Court at the conference.

May 6, 2008                         4:30 p.m.

_____ (leave blank)

(4)     a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;
n/a

(5)     a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;
n/a

(6)     anticipated fields of expert testimony, if any;
n/a

(7)     anticipated length of trial and whether to court or jury;
Jury – 2days

(8)     a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9)   names, addresses, phone numbers and signatures of counsel;

Kenneth W. Richardson, Esq.  
Counsel for Plaintiff  
305 Broadway, Suite 1100  
New York, NY 10007  
Tel: (212) 962-4277

Perry S. Heidecker, Esq.  
Counsel for Defendant  
Milman Labuda Law Group PLLC  
3000 Marcus Ave, Suite 3W3  
Lake Success, NY 11042  
Tel: (516) 328-8899

SO ORDERED:

_____  
SHIRA A. SCHEINDLIN  
U.S.D.J.

11/7/07