UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANTONIO PENEL,

        Plaintiff,

- against -

HARVARD MAINTENANCE, INC.

        Defendant.
------------------------------------X

**ORDER OF DISMISSAL**

07 Civ. 7138 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The parties having notified the Court that they have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 10, 2008

1

## - Appearances -

**For Plaintiff:**

Kenneth Warren Richardson, Esq.
Law Offices of Kenneth W. Richardson
305 Broadway, Suite 1100
New York, NY 10007
(212) 962-4277
Fax: (212) 962-4294

**For Defendant:**

Perry S. Heidecker, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Ave., Suite 3W3
Lake Success, NY 11042
(516) 328-8899
Fax: (516) 328-0082